1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2724



FILED

DEC 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

2:08-cr-573 FCD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  CR. NO. S-
                                 )
              Plaintiff,         )
                                 )  VIOLATION: 18 U.S.C. § 1344 -
      v.                         )  Bank Fraud; 18 U.S.C.
                                 )  § 1030(a)(4) - Computer Fraud;
LOURDES GIOVANNINI,              )  18 U.S.C. § 1030(a)(5)(A)(i) -
                                 )  Damage to Protected Computer
              Defendant.         )
_____)

I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 1344 - Bank Fraud]

The Grand Jury charges:

LOURDES GIOVANNINI,

defendant herein, as follows:

   1.  At all times relevant to this indictment, the defendant was the office manager for a medical practice located in Carmichael, California.

   2.  At all times relevant to this indictment, the aforesaid medical practice used the banking services of Union Bank of California, a financial institution, the accounts of which were then insured by the Federal Deposit Insurance Corporation.

1

3. From on or about May 3, 2006 through and including on or about June 30, 2007, in the Eastern District of California, the defendant did knowingly execute and attempt to execute a material scheme and artifice to obtain moneys, funds, and credits under the custody and control of Union Bank of California, by means of false and fraudulent pretenses, representations and promises, that is, the defendant, without authorization, wrote medical practice checks to herself, executed electronic funds transfers from the medical practice's checking account to her own bank account, and made unauthorized transfers from the medical practice existing line of credit, all in violation of Title 18, United States Code, Section 1344.

COUNT TWO:   [18 U.S.C. § 1030(a)(4) - Computer Fraud]

The Grand Jury further charges: T H A T

LOURDES GIOVANNINI,

defendant herein, from on or about May 3, 2006 through and including on or about June 30, 2007, in the Eastern District of California, did knowingly and with the intent to defraud exceed authorized access to a protected computer as defined in Title 18, United States Code, Section 1030(e)(2), to wit, the internet banking server of Union Bank of California, a federally insured financial institution, and by such access did further the fraud described in Count One and did obtain something of value exceeding $5,000 in a one year period other than use of the computer, to wit, the execution of over $285,000 in electronic funds transfers from the medical practice's line of credit to the medical practice's checking account, and the execution of over $308,000 in electronic funds transfers from the medical practice's checking account to her own account, all in

2

violation of Title 18, United States Code, Sections 1030(a)(4).

COUNT THREE:   [18 U.S.C. § 1030(a)(5)(A)(i) - Damage to Protected Computer]

The Grand Jury further charges: T H A T

LOURDES GIOVANNINI,

defendant herein, on or about July 18, 2007, in the Eastern District of California, did knowingly cause the transmission of a delete command to a protected computer, to wit, a computer belonging to the medical practice referenced in Count One which was used in interstate and foreign commerce and communication, and by such command did intentionally cause damage to such protected computer without authorization, by impairing the integrity and availability of data and information, to wit, records pertaining to her fraudulent transactions, all in violation of Title 18, United States Code, Section 1030(a)(5)(A)(i).

A TRUE BILL.



FOREPERSON

McGREGOR W. SCOTT
United States Attorney

3

/s/ Signature on file w/AUSA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA
vs.

LOURDES GIOVANNINI

---

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1344 - Bank Fraud;
18 U.S.C. § 1030(a)(4) - Computer Fraud;
18 U.S.C. § 1030(a)(5)(A)(i) - Damage to Protected Computer

---

*A true bill,*

_____
*Foreman.*

Filed in open court this __17__ day

of __DECEMBER__, A.D. 20 _08_

_____
*Clerk.*

Bail, $ _____

Notice to appear

GPO 863 525

2 08 - CR - 573 FCD

## PENALTY SLIP

DEFENDANT:     **LOURDES GIOVANNINI**

**COUNT ONE**
VIOLATION:     18 U.S.C. § 1344 - Bank Fraud
PENALTY:       Not more than $1,000,000 fine, or
               Not more than 30 years imprisonment, or both
               Not more than 5 years of supervised release

**COUNT TWO**
VIOLATION:     18 U.S.C. § 1030(a)(4) - Computer Fraud
PENALTY:       Not more than $250,000 fine, or
               Not more than 5 years imprisonment, or both
               Not more than 1 year of supervised release

**COUNT THREE**
VIOLATION:     18 U.S.C. § 1030(a)(5)(A)(I) - Damage to Protected Computer
PENALTY:       Not more than $250,000 fine, or
               Notre more than 10 years imprisonment, or both
               Not more than 3 years of supervised release

PENALTY
ASSESSMENT:    $100.00 special assessment (each count)

2 0 8 - cr - 5 7 3 FCD