JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
LOURDES GIOVANNINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-08-0573-FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| LOURDES GIOVANNINI, ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant Lourdes Giovannini, through her counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney R.Steven Lapham, hereby stipulate and request that the Court continue the status conference in the above-captioned case from February 23, 2009, to **March 23, 2009, at 10:00 a.m.**

    In an indictment charged December 17, 2008, Ms. Giovannini is charged with one count of bank fraud in violation of 18 U.S.C. § 1344, one count of computer fraud in violation of 18 U.S.C. §1030(a)(4), and one count of damage to a protected computer in violation of 18 U.S.C. § 1030(a)(5)(A)(I).  The government provided defense counsel discovery totaling over 250 pages of documents and a tape-recorded statement.  This continuance is requested because defendant's counsel need additional time to prepare, including reviewing discovery, consulting with the defendant, and otherwise preparing this case.  For these reasons, the parties stipulate and request that the Court exclude time

within which the trial must commence under the Speedy Trial Act from February 23, 2009 to March 23, 2009 for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4).  Time has previously been excluded by the magistrate judge on this same ground from the initial appearance through February 23, 2009.

Respectfully submitted,

Dated: February 19, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
LOURDES GIOVANNINI


LARRY BROWN
Acting U.S. Attorney

Dated: February 19, 2009

By:  /s/ R.Steven Lapham
R. Steven Lapham
Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  February 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE