1  JOHN BALAZS, Bar No. 157287
   Attorney At Law
2  916 Second Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  LOURDES GIOVANNINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-0573-FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| LOURDES GIOVANNINI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Lourdes Giovannini, through her counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney R.Steven Lapham, hereby stipulate and request that the Court continue the status conference in the above-captioned case from March 23, 2009, to **April 20, 2009, at 10:00 a.m.**

In an indictment charged December 17, 2008, Ms. Giovannini is charged with one count of bank fraud in violation of 18 U.S.C. § 1344, one count of computer fraud in violation of 18 U.S.C. §1030(a)(4), and one count of damage to a protected computer in violation of 18 U.S.C. § 1030(a)(5)(A)(I). The government provided defense counsel discovery totaling over 250 pages of documents and a tape-recorded statement. This continuance is requested because defendant's counsel needs additional time to prepare, including reviewing discovery, consulting with the defendant, and otherwise preparing this case. Further, defense counsel anticipates attempting to resolve this action through a

negotiated plea that will likely result in a change of plea at the next court appearance. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 23, 2009 to April 20, 2009 for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4). Time has previously been excluded on this same ground through March 23, 2009.

Respectfully submitted,

Dated: March 20, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
LOURDES GIOVANNINI


LAWRENCE G. BROWN
Acting U.S. Attorney

Dated: March 20, 2009

By: /s/ R.Steven Lapham
R. Steven Lapham
Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: March 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE