1  JOHN BALAZS, Bar No. 157287
   Attorney At Law
2  916 Second Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  LOURDES GIOVANNINI

6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )   No. 2:08-CR-0573-FCD
                                    )
12          Plaintiff,              )
                                    )   STIPULATION AND ORDER
13    v.                            )
                                    )
14 LOURDES GIOVANNINI,              )
                                    )
15          Defendant.              )
   _____  )

16

17        Defendant Lourdes Giovannini, through her counsel John Balazs, and the United

18 States, through its counsel, Assistant U.S. Attorney R.Steven Lapham, hereby stipulate and

19 request that the Court continue the status conference in the above-captioned case from May

20 11, 2009, to **June 1, 2009, at 10:00 a.m.**

21        In an indictment charged December 17, 2008, Ms. Giovannini is charged with one

22 count of bank fraud in violation of 18 U.S.C. § 1344, one count of computer fraud in

23 violation of 18 U.S.C. §1030(a)(4), and one count of damage to a protected computer in

24 violation of 18 U.S.C. § 1030(a)(5)(A)(I).  The government provided defense counsel

25 discovery totaling over 250 pages of documents and a tape-recorded statement.  This

26 continuance is requested because defendant's counsel need additional time to prepare,

27 including reviewing discovery, consulting with the defendant and government counsel, and

28 otherwise preparing this case for resolution.  Further, defense counsel will be tied up on

another case on May 11, 2009.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from May 11, 2009 to June 1, 2009 for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4).  Time has previously been excluded on this same ground through May 11, 2009.

Respectfully submitted,

Dated: May 7, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
LOURDES GIOVANNINI

LAWRENCE G. BROWN
Acting U.S. Attorney

Dated: May 7, 2009

By:    /s/ R.Steven Lapham
R. Steven Lapham
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE